**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
***Electronically Filed***

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Cloudflare, Inc. | Misc. Case No. 3:26MC-8-DJH<br><br>REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) |

Petitioners Turning Point Brands, Inc. and its affiliated companies National Tobacco Company, L.P., Intrepid Brands, LLC, North Atlantic Operating Company, Inc., and ALP Supply Co LLC, through counsel, hereby request that the Clerk of this Court issue the attached proposed subpoena to Cloudflare, Inc. to identify alleged infringers of copyrighted works pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h).

Petitioners have satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1. Petitioners have attached hereto a copy of the notification required by 17 U.S.C. § 512(c)(3)(A);

2. Petitioners have concurrently filed a proposed DMCA subpoena; and

3. Petitioner have attached hereto the sworn Declaration of Anthony Johnson confirming that the purpose for which the proposed subpoena is sought is to obtain the identity of the alleged infringer(s), and that such information will only be used for the purpose of protecting the Petitioner's rights under U.S. Code Title 17.

Having complied with all statutory requirements, Petitioners respectfully request that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena recipient.

Respectfully submitted,

*/s/ Amy B. Berge*
Amy B. Berge
Jason H. Raff
GRAY ICE HIGDON, PLLC
(502) 677-4729
aberge@grayice.com
jraff@grayice.com
***Counsel for Petitioner Intrepid Brands, LLC***