# Case Assignment
# Standard Miscellaneous Assignment

Case number **3:26MC-8-DJH**

Assigned : Chief Judge David J. Hale
Judge Code : 4415

Assigned on 10/8/2026 5:28:45 PM
Transaction ID: 137618

Request New Judge    Return