**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
***Electronically Filed***

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Cloudflare, Inc. | Misc. Case No. 3:26-mc-0008-DJH<br><br>REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) |

**NOTICE OF FILING**

Petitioners Turning Point Brands, Inc., and its affiliated companies National Tobacco Company, L.P., Intrepid Brands, LLC, North Atlantic Operating Company, Inc., and ALP Supply Co LLC, through counsel, submit this Notice of Filing of an amended subpoena request and respectfully request that the Clerk of the Court issue the requested subpoena submitted herewith for service on Cloudflare, Inc. (“Cloudflare”).

Petitioners tendered the initial subpoena request on October 8, 2026, pursuant to Section 512(h) of the Copyright Act (17 U.S.C. § 512(h)), indicating a production deadline of October 15, 2026. *See* DN 1, DN 1-1. However, Petitioners were unable to serve Cloudflare before the production deadline passed. Petitioners are therefore requesting that the Clerk reissue the requested subpoena, as attached, with an updated production deadline of December 1, 2026.

Respectfully submitted,

***s/ Amy B. Berge***
Amy B. Berge
Jason H. Raff
**GRAY ICE HIGDON, PLLC**
(502) 677-4729
aberge@grayice.com
jraff@grayice.com
***Counsel for Petitioner***
***Intrepid Brands, LLC***