**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
***Electronically Filed***

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena to Cloudflare, Inc. | Misc. Case No. ____<br><br>DECLARATION OF ANTHONY JOHNSON IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) |

I, Anthony Johnson, the undersigned, declare that:

1. I am Associate General Counsel of Petitioners Turning Point Brands, Inc. ("TPB") and its affiliated companies National Tobacco Company, L.P. ("National Tobacco"), Intrepid Brands, LLC ("Intrepid"), North Atlantic Operating Company, Inc. ("NAOC"), and ALP Supply Co LLC ("ALP") (collectively, "Petitioners"). Petitioners are leading manufacturers, distributors, and sellers of smoking products and accessories, tobacco products, and tobacco-free nicotine pouches. The Petitioners own the copyrights in the copyrighted images in the Exhibits to the DMCA Notification to Cloudflare, Inc. filed concurrently with this declaration.

2. The Petitioners request the issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical address, IP addresses, telephone numbers, email addresses, payment information, account updates, and account histories of the user(s) operating the websites at the following URLs:

(a) vrepouch.shop

(b) zigzagproducts.com

(c) alpnicotinespouches.com

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites, who have exploited the Petitioners' exclusive rights in its copyrighted images without their authorization. The information obtained through this subpoena will only be used for the purposes of protecting the Petitioners' rights under U.S. Code, Title 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed at Louisville, Kentucky on October 7, 2026.

Anthony Johnson